IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHRISTOPHER WILSON,

      Petitioner,                CASE NO. 2:08-CV-1160
                                        CRIM. NO. 2:05-CR-00033
   v.                              JUDGE FROST
                                        MAGISTRATE JUDGE KING

UNITED STATES OF AMERICA,

      **Respondent.**

## OPINION AND ORDER

On May 19, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 be dismissed as barred by the one-year statute of limitations. Doc. No. 49. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 51. Petitioner, contending that he is actually innocent and that his guilty plea was the result of the ineffective assistance of counsel, presents no new arguments.

Pursuant to 28 U.S.C. §636(b), this Court has conducted a *de novo* review. For the reasons detailed in the Magistrate Judge's *Report and Recommendation*, this Court agrees that petitioner's habeas corpus petition is time-barred. Therefore, petitioner's objections are **OVERRULED.**

The *Report and Recommendation*, Doc. No. 49, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**. The Clerk shall enter **FINAL JUDGMENT.**

      IT IS SO ORDERED.

                                                      /s/ Gregory L. Frost
                                                    GREGORY L. FROST
                                                United States District Judge